UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAYLOR TOUSSAIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GARY SANDOR, Acting Warden,<br><br>　　　　　Respondent. | No. CV 12-2871-AG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: May 31, 2013

　　　　　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE